# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ALLEN L. NICKLASSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 03-8001-CV-W-GAF |
| v. ) | |
| ) | |
| DONALD ROPER, ) | |
| ) | |
| Respondent. ) | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is denied.

April 27, 2005                                    Patricia L. Brune
Date                                                    Clerk

                                                        /s/ Tracy L. Diefenbach
                                                        (by) Deputy Clerk